

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00029-CV

**IN THE INTEREST OF H.E.W.M.**, a Child

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Bill R. Palmer, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on April 3, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

_____
Keith E. Hottle, Clerk of Court